*C. C. Crockett,* for plaintiffs in error. *Hightower & New,* contra.

18176. LOGAN *v.* TENNESSEE CHEMICAL COMPANY.
18177. TENNESSEE CHEMICAL COMPANY *v.* LOGAN.

JENKINS, P. J. In accordance with the answer returned by the Supreme
Court to the one controlling question involved in these cases, as cer-
tified to it by this court (166 *Ga.* 680, 144 S. E. 269), the trial court
erred in refusing to grant the motion for a new trial made by the
plaintiff in the court below. The grant of a new trial to the plaintiff,
under its motion, in accordance with the rulings of the Supreme Court,
being controlling, the writ of error sued out by the defendant in the
court below is dismissed.

*Judgment reversed in No. 18177. Write of error dismissed in No. 18176.*
*Stephens and Bell, JJ., concur.*

DECIDED SEPTEMBER 1, 1928.

*W. P. Wallis, Hollis Fort,* for plaintiff in error.
*Bennet & Peacock, W. W. Dykes,* contra.